1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  **AKERMAN LLP**
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Plaintiff*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 THE BANK OF NEW YORK MELLON FKA          Case No.: 2:16-cv-00847-GMN-CWH
   THE BANK OF NEW YORK, AS TRUSTEE
11 FOR THE CERTIFICATEHOLDERS OF THE
   CWABS, INC. ASSET-BACKED              **STIPULATION AND ORDER TO EXTEND**
12 CERTIFICATES, SERIES 2004-7,          **TIME TO REPLY IN SUPPORT OF**
                                         **PLAINTIFF'S MOTION FOR PARTIAL**
13          Plaintiff,                   **SUMMARY JUDGMENT**

14 vs.                                   **(First Request)**

15 SFR    INVESTMENTS    POOL   1,   LLC;
   MONTAGNE    MARRON    COMMUNITY
16 ASSOCIATION; ALESSI & KOENIG, LLC,

17          Defendants.

18

19 SFR    INVESTMENTS    POOL   1,   LLC,   a
   Nevada limited liability company,
20
            Counter/Cross Claimant,
21 vs.

22 THE BANK OF NEW YORK FKA THE BANK
   OF NEW YORK AS TRUSTEE FOR THE
23 CERTIFICATEHOLDERS OF THE CWABS,
   INC., ASSET-BACKED CERTIFICATES,
24 SERIES 2004-7; and JOHN EDWARD
   BOSTAPH, JR., an individual,
25
            Counter/Cross Defendants.
26

27

28

   43445102;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2004-7 (**BNYM**) and defendant Montagne Marron Community Association (**HOA**), respectfully submit the following stipulation and order to allow plaintiff fifteen (15) additional days, or until December 13, 2017, to file its reply in support of plaintiff's motion for partial summary judgment (ECF No. 36). Plaintiff filed its motion for partial summary judgment on November 8, 2017. (ECF No. 36). The HOA filed its response on November 14, 2017. (ECF No. 37). Plaintiff's deadline to file its reply in support of their motion for partial summary judgment is November 28, 2017.

Defendant SFR Investments Pool 1, LLC's (**SFR**) response to plaintiff's motion for partial summary judgment is currently due on November 29, 2017. Should SFR file it response on November 29, 2017, plaintiff's reply will be due on December 13, 2017. Plaintiff intends on filing one reply in response to both the HOA's and SFR's responses.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

43445102;1

Plaintiff and the HOA stipulate to extending plaintiff's deadline by fifteen (15) additional days, to December 13, 2017, to allow plaintiff additional time to prepare its reply due to numerous filings, discovery responses, depositions and other litigation deadlines plaintiff's counsel has had over the past several weeks and to file one reply to both responses. This is plaintiff's first request for an extension of this deadline and is not being made for the purpose of delay.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS,, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

**BOYACK ORME & ANTHONY**

*/s/ Colli C McKiever*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
COLLI C. MCKIEVER, ESQ.
Nevada Bar No. 13724
7432 W. Sahara Ave. Ste. 101
Las Vegas, NV 89117
Telephone: (702) 562-3415
Facsimile: (702) 562-3570

*Attorneys for Montagne Marron Community Association*

**ORDER**

**IT IS SO ORDERED.**

Dated this __5__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

- 3 -

43445102;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22th day of November, 2017 pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT,** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system for filing and transmittal to all interested parties.

Edward D. Boyack, Esq.
BOYACK ORME & ANTHONY
7432 W. Sahara Ave. Suite 101
Las Vegas, Nevada 89117

*Attorneys for Montagne Marron Community Association*

Jeanette E. McPherson
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd. Suite 1100
Las Vegas, Nevada 89146

*Attorneys for Trustee Shelley D. Krohn*

Diana S. Ebron, Esq.
Howard C. Kim, Esq.
KIM GILBERT EBRON
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139

*Attorneys for Defendant SFR Investments Pool 1, LLC*

*/s/ Chelsie Willey*
An employee of AKERMAN LLP

- 4 -

43445102;1