Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTAGNE MARRON COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC<br>Defendants. | Case No. 2:16-cv-00847-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SFR INVESTMENTS POOL 1, LLC TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 41]**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7; and JOHN EDWARD BOSTAPH, JR., an individual, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

SFR Investments Pool 1, LLC ("SFR") and THE BANK OF NEW YORK FKA THE

BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS,

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7 ("Bank"), (collectively, the "parties") by and through their respective counsel of record, hereby stipulate as follows to extend the deadline for SFR to file its reply in support of its Motion to Strike Plaintiff's Motion for Partial Summary Judgment [ECF No. 41] as follows:

1. The Bank filed its Motion for Partial Summary Judgment ("MPSJ") on November 8, 2017. [ECF No. 36].
2. SFR filed its Motion to Strike Plaintiff's Motion for Partial Summary Judgment on November 29, 2017. [ECF No. 41].
3. Plaintiff filed its response on December 13, 2017 [ECF No. 45]. No other responses to the motion to strike were filed.
4. SFR's reply in support of its motion to strike was due on December 20, 2017. Counsel for SFR mistakenly did not timely file a reply in support of its motion to strike.
5. The parties agree that SFR shall have until **February 5, 2018** to file its reply in support of its motion to strike.
6. By agreeing to allow SFR's late filing, the Bank does not waive any arguments or defenses related to the motion.

…

…

…

**ORDER**

**IT IS SO ORDERED.**

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT JUDGE**

Dated this  2  day of February, 2018.

7. This is the first request for an extension of these deadlines and it is not made for the purposes of delay or prejudice to any party.

| DATED this 2nd day of February, 2018. | DATED this 2nd day of February, 2018. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN, LLP.** |
| /s/ Diana S. Ebron<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorney for SFR Investments Pool 1, LLC* | /s/ Ariel E. Stern<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Jamie Combs, Esq.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorney for THE BANK OF NEW YORK FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the __2nd__ day of February, 2018, pursuant to Fed. R. Civ. P. 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR SFR INVESTMENTS POOL 1, LLC TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 41]** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Ariel E. Stern:          Email: ariel.stern@akerman.com
Jamie K. Combs          Email jamie.combs@akerman.com
Tenesa S. Scaturro:    Email: tenesa.scaturro@akerman.com
Vatana Lay:             Email: vatana.lay@akerman.com
William Habdas:         Email: William.habdas@akerman.com
Akerman LLP
1600 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
*Counsel for THE BANK OF NEW YORK FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7,*

Edward D Boyack     Email: ted@boyacklaw.com
Colli McKiever       Email: Colli@boyacklaw.com
Boyack Orme & Taylor
401 N. Buffalo Drive
Suite #202
Las Vegas, NV 89145
702-562-3415
Fax: 702-562-3570
*Counsel for Montagne Marron Community Association*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146
702-228-7590
Fax: 702-892-0122
Email: bkfilings@s-mlaw.com
*Counsel for Shelley D. Krohn as Bankruptcy Trustee for Alessi & Koenig*

                                          */s/ Andrew M. David*

- 4 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

_____
An employee of KIM GILBERT EBRON