ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2004-7*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTICIATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2004-7,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTAGNE MARRON COMMUNITY ASSOCIATION; and ALESSI & KOENIG, LLC,<br><br>Defendants.<br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7; and JOHN EDWARD BOSTAPH, JR., individual,<br><br>Counter/Cross Defendants. | Case No.: 2:16-cv-00847-GMN-CWH<br><br>**STIPULATION AND ORDER RE: SECOND AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2004-7** |

1

44163414;1

Plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2004-7 (**BoNYM**) and defendant, counter- and cross-claimant SFR Investments Pool 1, LLC stipulate as follows:

1. SFR served a notice of Rule 30(b)(6) deposition continuing 13 topics on BoNYM on January 23, 2018. The deposition is scheduled for February 27, 2018.

2. SFR served a substantially similar notice of Rule 30(b)(6) deposition on Bank of America, N.A. (**BANA**) in *Bank of Am., N.A. v. Falcon Pointe Ass'n et al*, D. Nev. Case. No. 2:16-cv-00814-GMN-CWH, last December. BANA, through Akerman LLP (who also represents BoNYM in this case) initially disputed seven of the thirteen noticed topics: (**1**) **topic 5**, which seeks information concerning BANA's alleged damages; (**2**) **topic 6**, which seeks information concerning what investigation, if any, BANA made into title or encumbrances before acquiring an interest in the deed of trust; (**3**) **topic 7**, which seeks information concerning what investigation, if any, BANA made into title or encumbrances before the HOA's foreclosure sale; (**4**) **topic 8**, which seeks information concerning BANA's acquisition of its interest in the note and deed of trust; (**5**) **topic 9**, which seeks information concerning BANA's "knowledge regarding creation, execution and recording" of the recorded assignment(s); (**6**) **topic 11**, which seeks information concerning BANA's communications with its "predecessor in interest" regarding the HOA's CC&Rs "and title or encumbrances;" and (**7**) **topic 12**, which seeks information concerning "[a]ll facts and circumstances in which [BANA] contend[s] that [the HOA] and its foreclosure agent failed to comply" with NRS chapter 116 in conducting the foreclosure sale (collectively, the **disputed topics**).

3. BANA and SFR met and conferred concerning the disputed topics pursuant to L.R. 26-7 in connection SFR's deposition notice in *Falcon Pointe*. SFR agreed to limit or withdraw four of the seven disputed topics based on the meet and confer. To avoid unnecessary fees and costs, BoNYM and SFR stipulate to apply the agreement BANA and SFR reached in the *Falcon Pointe* meet and confer to SFR's notice of deposition in this case as set forth below:

    a. **Topic 6**: SFR's inquiry into topic 6 shall be limited to investigations into title that revealed Montagne Marron Community Association's lien.

2

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

  b. **Topic 7**: SFR's inquiry into topic 7 shall be limited to investigations into title that revealed Montagne Marron Community Association's lien and/or foreclosure notices.

  c. **Topic 11**: SFR's inquiry into topic 11 shall be limited to communications between BANA and its "predecessor in interest" regarding Montagne Marron Community Association's foreclosure notices, CC&Rs and lien.

  d. **Topic 12**: SFR has already or will seek the information it seeks to obtain through deposition topic 12 via an interrogatory. BoNYM agrees to substantively respond to SFR's interrogatory subject to any written objections. SFR will withdraw deposition topic 12 when BoNYM serves its interrogatory response.

 4. BANA and SFR were unable to resolve their dispute concerning the remaining three disputed topics (*i.e.*, topics 5, 8 and 9) during their *Falcon Pointe* meet and confer but, to avoid litigation costs and unnecessarily burdening the Court with substantially-similar motions for protective order, agreed BANA would file only one motion per judicial combination (*e.g.*, BANA would file a motion in *Falcon Pointe*, but would not file one in other cases assigned to Judges Navarro and Hoffman in which SFR served a deposition notice on BANA containing these same three topics), and the parties will apply the Court's ruling in other similarly-situated cases. BANA moved for a protective order in *Falcon Pointe* on January 24, 2018. The motion remains pending.

 5. Pursuant to the agreement reached in the *Falcon Pointe* meet and confer, BoNYM and SFR agree the Court's order on BANA's motion for protective order in *Falcon Pointe,* D. Nev. Case No. 2:16-cv-00814-GMN-CWH, ECF No. 93, shall apply to SFR's notice of deposition in this case. SFR further stipulates BoNYM's deposition in this case is stayed as to all topics pending the Court's ruling on BANA's motion for protective order in *Falcon Pointe.* SFR and BoNYM will confer about a mutually-agreeable deposition date once an order enters in *Falcon Pointe*.

///
///
///
///
///

44163414;1

6. BoNYM and SFR jointly request the Court approve this stipulation as an order of the Court.

This the 23rd day of February, 2018.

**AKERMAN LLP**

 */s/ Darren T. Brenner, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2004-7*

This the 23rd day of February, 2018.

**KIM GILBERT EBRON**

 */s/ Diana S. Ebron, Esq.*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2018

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I certify on this 23rd day of February, 2018, pursuant to Fed. R. Civ. P. 5, I filed and served the foregoing **STIPULATION AND ORDER RE: SECOND AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2004-7** via the Court's CM/ECF system on the following:

Edward D. Boyack, Esq.
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for defendant Montagne Marron Community Association*

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
**KIM GILBERT EBRON**
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

Jeannette E. McPherson
**SCHWARTZER & MCPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1100
Las Vegas, Nevada 89146

*Attorneys for trustee Shelley D. Krohn*

                                              */s/ Nick Mangels*
                                              An employee of AKERMAN LLP

44163414;1