ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant
The Bank of New York Mellon f/k/a The Bank
of New York, as Trustee for the
Certificateholders of the CWABS, Inc. Asset-
Backed Certificates, Series 2004-7*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTICIATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2004-7,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTAGNE MARRON COMMUNITY ASSOCIATION; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00847-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE PENDING RULING ON MOTION FOR PROTECTIVE ORDER IN *BANK OF AMERICA, N.A. v. FALCON POINTE ASSOCIATION*, D. NEV. CASE NO. 2:16-cv-00814-GMN-CWH, ECF NO. 93 [FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7; and JOHN EDWARD BOSTAPH, JR., individual,<br><br>Counter/Cross Defendants. | |

44217421;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2004-7 (**BoNYM**), defendant, counter- and cross-claimant SFR Investments Pool 1, LLC and defendant Montagne Marron Community Association stipulate to extend the dispositive motions deadline until seventy five (75) days after the Court enters an order on Bank of America, N.A. (**BANA**)'s motion for protective order in *Bank of Am., N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP v. Falcon Pointe Ass'n*, D. Nev. Case No. 2:16-cv-00814-GMN-CWH, ECF No. 93, as follows:

1.      BANA filed its complaint on April 14, 2016 asserting a quiet title/declaratory judgment claim against all defendants, breach of NRS 116.1113 and wrongful foreclosure claims against Montagne Marron Community Association and Alessi & Koenig, LLC and an injunction claim against SFR.  (ECF No. 1.)

2.      The Court entered an initial discovery plan and scheduling order on June 21, 2016, setting a November 23, 2016 dispositive motions deadline.  (ECF No. 19.)

3.      The Court administratively stayed this case pending exhaustion of all appeals in *Bourne Valley Court Trust v Wells Fargo Bank, N.A.*, Ninth Cir. Case No. 15-15233, on October 25, 2016.  (ECF No. 27.)  The case remained stayed until November 7, 2017.  (ECF No. 35.)

4.      The parties subsequently filed an amended discovery plan and scheduling order on November 28, 2017, setting a March 7, 2018 discovery cut-off and April 6, 2018 dispositive motions deadline.  (ECF No. 39.)  The Court approved the amended discovery plan.  (ECF No. 40.)

5.      SFR noticed BoNYM's Rule 30(b)(6) deposition on January 23, 2018.  The notice is substantially similar to the notice SFR served on BANA in *Falcon Pointe* last December.  (*See Falcon Pointe*, ECF No. 93-1 at 7-13.)  BANA, through Akerman (who also represents BoNYM in this case) met and conferred with SFR concerning the topics.  The parties were unable to resolve their dispute on three topics (*i.e.* topics 5, 8 and 9), but to avoid litigation costs and unnecessarily burdening the Court with substantially-similar motions for protective order, agreed BANA would file only one motion per judicial combination (*e.g.*, BANA would file a motion in *Falcon Pointe*, but would not file one in other cases assigned to Judges Navarro and Hoffman in which SFR served a

44217421;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

deposition notice on BANA containing these same three topics), and the parties will apply the Court's ruling in other similarly-situated cases. BANA moved for a protective order in *Falcon Pointe* on January 24, 2018. (*See Falcon Pointe*, ECF No. 93.) The motion remains pending.

6. BoNYM and SFR subsequently agreed the Court's order on BANA's motion for protective order in *Falcon Pointe,* ECF No. 93, shall apply to SFR's notice of deposition to BoNYM in this case. (ECF No. 50.) SFR also agreed to stay BoNYM's deposition as to all topics pending the Court's ruling on BANA's motion for protective order in *Falcon Pointe*. (*Id.*)

7. To allow time for the Court to rule on BANA's motion for protective order in *Falcon Pointe*, ECF No. 93, to allow time to complete BoNYM's deposition after the Court makes its ruling, and avoid Rule 56(d) motions in this case, the parties stipulate to extending the dispositive motions deadline until seventy five (75) days from the date the Court enters an order on BANA's motion for protective order in *Falcon Pointe*. The parties further stipulate SFR shall have forty five (45) days to complete BoNYM's deposition after the Court enters an order on BANA's motion in *Falcon Pointe.* The parties select these deadlines to allow sufficient time to coordinate a deposition and obtain transcripts before filing dispositive motions.

8. The parties do not file this stipulation with the intent to delay, but instead to streamline the anticipated summary judgment briefing and avoid Rule 56(d) motions.

///

///

///

///

///

///

///

///

///

///

///

///

9. This is the parties' first request to extend the dispositive motions deadline.

This the 26th day of February, 2018.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2004-7*


This the 26th day of February, 2018.

**BOYACK ORME & TAYLOR**

*/s/ Colli C. McKiever*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
COLLI C. MCKIEVER, ESQ.
Nevada Bar No. 13724
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89145

*Attorneys for defendant Montagne Marron Community Association*


This the 26th day of February, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____
March 6, 2018

44217421;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572