DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTAGNE MARRON COMMUNITY ASSOCIATION; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00847-GMN-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDER OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7 and JOHN EDWARD BOSTAPH, JR., an individual,<br><br>Counter-defendant. | |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jason G. Martinez, Esq. and Karen L. Hanks, Esq. are no longer associated with the law firm of KIM GILBERT EBRON. KIM GILBERT EBRON requests that Mr. Martinez and Ms. Hanks be removed from the service list.

KIM GILBERT EBRON continues to serve as counsel for SFR Investments Pool 1, LLC. All pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Diana S. Ebron, Esq. and Jacqueline A. Gilbert, Esq.

Dated this 16th day of August, 2021.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**
It is so ordered.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: August 17, 2021

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August 2021, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to the following parties:

**Edward Dean Boyack**
Boyack Orme & Anthony
7432 W Sahara Ave
Suite 101
Las Vegas, NV 89117
702-562-3415
702-562-3570 (fax)
ted@boyacklaw.com

**Colli Christine McKiever**
Boyack Orme & Anthony
7432 W. Sahara Avenue
Suite101
Las Vegas, NV 89117
702-562-3415
702-562-3570 (fax)
Colli@Boyacklaw.com

**Jamie K Combs**
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5007
702-380-8572 (fax)
jamie.combs@akerman.com

**Melanie D Morgan**
Akerman LLP
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com

**Scott Robert Lachman**
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5021
scott.lachman@akerman.com

**Ariel E. Stern**
Akerman LLP
1635 VillageCenter Circle
Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com

**Lilith Xara**
Akerman, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
lilith.xara@akerman.com

*/s/ Tiana Erb*
An employee of KIM GILBERT EBRON