United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 12/5/2022 at 11:27 AM PST and filed on 12/5/2022
**Case Name:** Bank of New York Mellon v. SFR Investments Pool 1, LLC et al
**Case Number:** [2:16-cv-00847-GMN-DJA](#)
**Filer:**
**WARNING: CASE CLOSED on 02/25/2021**
**Document Number:** 124(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Judge Gloria M. Navarro on 12/5/2022.**

**Pending before the Court is the [121] Motion to Release Bond, filed by Plaintiff Bank of New York Mellon ("Plaintiff"). No opposition has been filed, and the time to do so has passed. (*See* Notice of Non-Opposition, ECF No. [122]). Accordingly, IT IS HEREBY ORDERED that the [121] Motion is GRANTED.**

**(Copies have been distributed pursuant to the NEF - CMD)**

**2:16-cv-00847-GMN-DJA Notice has been electronically mailed to:**

Edward Dean Boyack    ted@boyacklaw.com, assistant@boyacklaw.com, colli@boyacklaw.com, marcia@boyacklaw.com, mike@boyacklaw.com, paralegal@boyacklaw.com

Ariel E. Stern    ariel.stern@akerman.com, akermanlas@akerman.com, erin.abugow@akerman.com, jennifer.richardson@akerman.com, tracey.wayne@akerman.com

Melanie D Morgan    melanie.morgan@akerman.com, akermanlas@akerman.com, jennifer.richardson@akerman.com

Chantel Marie Schimming    chantel@hankslg.com, candi@hankslg.com, cschimming@gmail.com, cschimminglaw@yahoo.com, staff@hankslg.com

Howard C. Kim    howard@kgelegal.com, alex@kgelegal.com, ashley@kgelegal.com, candifay@kgelegal.com, caryn@kgelegal.com, chantel@kgelegal.com, diana@kgelegal.com, jackie@kgelegal.com, jason@kgelegal.com, karen@kgelegal.com, mike@kgelegal.com, staff@kgelegal.com, tiana@kgelegal.com

Diana S. Ebron    dianaebronesq@gmail.com, candi@hankslg.com, diana@kgelegal.com

Jacqueline A. Gilbert    jackie@kgelegal.com, alex@kgelegal.com, ashley@kgelegal.com, candifay@kgelegal.com, caryn@kgelegal.com, chantel@kgelegal.com, diana@kgelegal.com, howard@kgelegal.com, jason@kgelegal.com, karen@kgelegal.com, mike@kgelegal.com, staff@kgelegal.com, tiana@kgelegal.com

Scott Robert Lachman    scott.lachman@akerman.com, akermanlas@akerman.com

Jamie K Combs    jamie.combs@akerman.com, akermanlas@akerman.com, brieanne.siriwan@akerman.com, erin.abugow@akerman.com, jennifer.richardson@akerman.com, tracey.wayne@akerman.com

Lilith Xara    lilith.xara@akerman.com, akermanlas@akerman.com, erin.abugow@akerman.com, jennifer.richardson@akerman.com, tracey.wayne@akerman.com

Colli Christine McKiever    Colli@Boyacklaw.com, Ted@boyacklaw.com, marcia@boyacklaw.com

**2:16-cv-00847-GMN-DJA Notice has been delivered by other means to:**

**ORDER**

**IT IS SO ORDERED.**

Dated this __6__ day of December, 2022.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT